**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CYNTHIA SHEFFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   **Case No.: 2:14-cv-07927-JLL-JAD** |
| | ) |
| ACCOUNTS RECEIVABLE | )   **Notice of Settlement** |
| MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**NOTICE OF SETTLEMENT**

TO THE CLERK:

      NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: <u>April 9, 2015</u>

BY: <u>*/s/ Amy L. Bennecoff Ginsburg*</u>
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
1930 East Marlton Pike, Suite Q29
Cherry Hill, NJ 08003
Phone: (856) 429-8334
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that on this 9th day of April, 2015, a true and correct copy of the

foregoing pleading served via ECF and by mail to the below:


> Richard A. Kessler, Esq.
> Gindin Kessler LLC
> 30 Rock Hill Road
> Suite 250
> Bala Cynwyd, PA 19004


> */s/ Amy L. Bennecoff Ginsburg*
> Amy L. Bennecoff Ginsburg, Esquire
> Kimmel & Silverman, P.C.
> 1930 East Marlton Pike, Suite Q29
> Cherry Hill, NJ 08003
> Phone: (856) 429-8334
> Facsimile: (877) 788-2864
> Email: aginsburg@creditlaw.com
> Attorney for the Plaintiff