

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CYNTHIA SHEFFIELD, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:14-cv-07927-JLL-JAD |
| ACCOUNTS RECEIVABLE MANAGEMENT, INC., | ) Notice of Settlement |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: April 9, 2015

BY: /s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
1930 East Marlton Pike, Suite Q29
Cherry Hill, NJ 08003
Phone: (856) 429-8334
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

SO ORDERED:
DATED: 4/9/15